# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TRACK DATA CORPORATION, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:12-CV-02838 |
| § | |
| MITCHELL J. KOBERNICK § | Jury |
| AND ALLAN KLEIN, § | |
| Defendants. § | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court, having considered plaintiff Track Data Corporation and defendants Mitchell J. Kobernick and Allan Klein's joint motion to dismiss without prejudice, finds that the parties' joint motion should be granted. Therefore, it is

ORDERED that this matter is **DISMISSED without prejudice**. It is finally

ORDERED that the Court shall retain jurisdiction over this matter and the parties until August 31, 2013.

**SIGNED** at Houston, Texas, on this 30th day of JANUARY, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

Agreed Order of Dismissal Without Prejudice

## Approved as to form and content and entry requested:

| EMMONS & JACKSON, P.C. | MICHAEL P. FLEMING & ASSOCIATES, P.C. |
|---|---|
| /s/ *Daniel W. Jackson* | /s/ *Michael P. Fleming* |
| Daniel W. Jackson, SBN 00796817 | Michael P. Fleming, SBN 07130600 |
| S.D. of Texas ID No. 20462 | S.D. of Texas ID No. 8767 |
| 3900 Essex Lane, Suite 1116 | 440 Louisiana, Suite 1820 |
| Houston, Texas 77027 | Houston, Texas 77002 |
| (713) 522-4435 | (713) 221-6800 |
| (713) 527-8850 – fax | (713) 221-6806 – fax |
| daniel@emmonsjackson.com | mflemming@flemmingattorneys.com |
| Attorney-in-Charge for Plaintiff | Attorney-in-Charge for Defendants |